UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDI LYNN FREEMAN,

   a.k.a. Brandi Lynn Sian,

    Defendant.

Case: 1:24-cr-20219
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 4/24/2024

**INDICTMENT**

THE GRAND JURY CHARGES:

### COUNT ONE:
### Distribution of Fentanyl
### (21 U.S.C. § 841(a)(1))

On or about November 2, 2023, in the Eastern District of Michigan, Brandi Lynn Freeman, a.k.a. Brandi Lynn Sian, knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, section 841(a)(1).

## COUNT TWO:
## Distribution of Fentanyl
## (21 U.S.C. § 841(a)(1))

On or about November 30, 2023, in the Eastern District of Michigan, Brandi Lynn Freeman, a.k.a. Brandi Lynn Sian, knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, section 841(a)(1).

## COUNT THREE:
## Distribution of Fentanyl
## (21 U.S.C. § 841(a)(1))

On or about January 18, 2024, in the Eastern District of Michigan, Brandi Lynn Freeman, a.k.a. Brandi Lynn Sian, knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, section 841(a)(1).

## COUNT FOUR:
## Distribution of Cocaine Base
## (21 U.S.C. § 841(a)(1))

On or about January 18, 2024, in the Eastern District of Michigan, Brandi Lynn Freeman, a.k.a. Brandi Lynn Sian, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, section 841(a)(1).

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated: April 24, 2024                                THIS IS A TRUE BILL

                                                     *s/Grand Jury Foreperson*
                                                     GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/Roy R. Kranz*
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov
(P56903)

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    X No | AUSA's Initials: *RK* |

**Case Title:** USA v. Brandi Lynn Freeman, a.k.a. Brandi Lynn Sian

**County where offense occurred:** Isabella

**Check One:**   X **Felony**   ☐ **Misdemeanor**   ☐ **Petty**

    __X__ Indictment/_____ Information --- **no** prior complaint.
    _____ Indictment/_____ Information --- based upon prior complaint [Case number:]
    _____ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: April 24, 2024

*s/Roy R. Kranz*
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: Roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.