UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Brandi Freeman,

    Defendant.

Case No.: 24-cr-20219

Judge Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## CONSENT TO ENTER GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE

The defendant voluntarily consents to permit United States Magistrate Judge Patricia T. Morris to conduct a plea hearing according to the procedures outlined in Rule 11 of the Federal Rules of Criminal Procedure. The defendant understands that if the guilty plea is accepted by United States District Judge Thomas L. Ludington, then Judge Ludington will decide whether to accept or reject any Rule 11 plea agreement and will adjudicate guilt and impose sentence.

_Brandi Freeman_  
Brandi Freeman  
Defendant

Date: 02.19.2025

_Elias Escobedo_  
Elias Escobedo  
Counsel for Defendant

Date: 2/20/2025

_Roy R. Kranz_  
Roy R. Kranz  
Assistant U.S. Attorney

Date: 12/23/2024