UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                           Case No. 1:24-cr-20219-TLL-PTM
                                           Hon. Thomas L. Ludington

Brandi Lynn Freeman,

           Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Brandi Lynn Freeman

The defendant(s) shall appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Room 206, Bay City, Michigan, for the following proceeding(s):

- SENTENCING: June 26, 2025 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Winslow
                                                        Case Manager

Dated: February 28, 2025