# Exhibit A

# STATE OF MICHIGAN
## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CERTIFICATE OF DEATH



LF _____
CF 137 _____

**STATE FILE NUMBER:** 016191

### DECEDENT

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S NAME (First, Middle, Last) | Nicole Lynn Freeman |
| 2 | DATE OF BIRTH | [redacted] |
| 3 | SEX | Female |
| 4 | DATE OF DEATH | February 21, 2025 |
| 5 | NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | |
| 6a | AGE – Last Birthday (Years) | 24 |
| 6b | UNDER 1 YEAR (Months/Days) | |
| 6c | UNDER 1 DAY (Hours/Minutes) | |
| 7a | LOCATION OF DEATH | MyMichigan Medical Center Midland |
| 7b | CITY, VILLAGE OR TOWNSHIP OF DEATH | Midland |
| 7c | COUNTY OF DEATH | Midland |
| 8a | CURRENT RESIDENCE - STATE | Michigan |
| 8b | COUNTY | Ogemaw |
| 8c | LOCALITY | West Branch |
| 8d | STREET AND NUMBER | [redacted] |
| 8e | ZIP CODE | 48661 |
| 9 | BIRTH PLACE | [redacted] |
| 10 | SOCIAL SECURITY NUMBER | [redacted] |
| 11 | DECEDENT'S EDUCATION | 9th – 12th grade; no diploma |
| 12 | RACE | White |
| 13a | ANCESTRY | American |
| 13b | HISPANIC ORIGIN | No |
| 14 | EVER IN THE U.S. ARMED FORCES? | No |
| 15 | USUAL OCCUPATION | Barista |
| 16 | KIND OF BUSINESS OR INDUSTRY | Coffee Shop |
| 17 | MARITAL STATUS | Never married |
| 18 | NAME OF SURVIVING SPOUSE | |

### PARENTS

| # | Field | Value |
|---|---|---|
| 19 | FATHER'S NAME (First, Middle, Last) | John Anthony Freeman |
| 20 | MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) | Alicia Marie Shear |

### INFORMANT

| # | Field | Value |
|---|---|---|
| 21a | INFORMANT'S NAME | Alicia Marie Freeman |
| 21b | RELATIONSHIP TO DECEDENT | Mother |
| 21c | MAILING ADDRESS | [redacted] |

### DISPOSITION

| # | Field | Value |
|---|---|---|
| 22 | METHOD OF DISPOSITION | Cremation |
| 23a | PLACE OF DISPOSITION | Memorial Fields Crematory |
| 23b | LOCATION – City or Village, State | Breckenridge, Michigan |
| 24 | SIGNATURE OF MORTUARY SCIENCE LICENSEE | Peggy Wesley-Fitzthum |
| 25 | LICENSE NUMBER | 4501500090 |
| 26 | NAME AND ADDRESS OF FUNERAL FACILITY | Good Samaritan Burials & Cremations, 5671 Bay Road, Saginaw, Michigan 48604 |

### CERTIFICATION

| # | Field | Value |
|---|---|---|
| 27a | CERTIFIER | [X] Medical Examiner – William R. Morrone, DO |
| 28a | ACTUAL OR PRESUMED TIME OF DEATH | 2125 Military Time |
| 28b | PRONOUNCED DEAD ON | February 21, 2025 |
| 28c | TIME PRONOUNCED DEAD | 2125 Military Time |
| 29 | MEDICAL EXAMINER CONTACTED | Yes |
| 30 | PLACE OF DEATH | Hospital |
| 31 | IF HOSPITAL | ICU |
| 27b | DATE SIGNED | February 26, 2025 |
| 27c | LICENSE NUMBER | 5101014760 |
| 32 | MEDICAL EXAMINER'S CASE NUMBER | wmMid20250221a3 |
| 33 | NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER | |
| 34 | NAME AND ADDRESS OF CERTIFYING PHYSICIAN | William R. Morrone, DO, Midland County ME, 2727 Rodd Street, Midland, Michigan 48640 |
| 35a | REGISTRAR'S SIGNATURE | Ann Manary |
| 35b | DATE FILED | February 26, 2025 |

### MEDICAL EXAMINER / CAUSE OF DEATH

**36. PART I.** Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. IMMEDIATE CAUSE | Pending | Pending |
| b. DUE TO (OR AS A CONSEQUENCE OF) | | |
| c. DUE TO (OR AS A CONSEQUENCE OF) | | |
| d. UNDERLYING CAUSE | | |

**PART II.** OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I: 

| # | Field | Value |
|---|---|---|
| 37 | DID TOBACCO USE CONTRIBUTE TO DEATH? | No |
| 38 | IF FEMALE | [X] Not pregnant within past year |
| 39 | MANNER OF DEATH | Pending Investigation |
| 40a | WAS AN AUTOPSY PERFORMED? | Yes |
| 40b | WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? | No |
| 41a | DATE OF INJURY | 02/21/2025 |
| 41b | TIME OF INJURY | Unknown |
| 41c | DESCRIBE HOW INJURY OCCURRED | unknown source of respiratory arrest |
| 41d | INJURY AT WORK | |
| 41e | PLACE OF INJURY | Home |
| 41f | IF TRANSPORTATION INJURY | not transportation |
| 41g | LOCATION | hospital, Midland, Michigan 48640 |

---

### CERTIFIED COPY OF RECORD

State of Michigan )
County of Midland ) ss
Midland, Michigan )

I, ANN MANARY, Clerk of the County of Midland, and Circuit Court thereof, the same being a Court of Record having a Seal, do hereby certify that the foregoing is a true copy of the above record now remaining in my office, and of the whole thereof, viz:

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Circuit Court

February 26, 2025 A.D.

Ann Manary, County Clerk





400278499


VRHS14(1/24) Authority: MCL 333.2883

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**